UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANGIA MEDIA, INC., et al.,

    Plaintiff(s),

    v.

UNIVERSITY PIPELINE, INC., et al.,

    Defendant(s).
_____/

No. C 12-1142 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    The court has reviewed Magistrate Judge Cousins's Report and Recommendation Re: dismissal for failure to prosecute. No objections have been filed and the time for doing so pursuant to Fed. R. Civ. P. 41(b) has passed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, this case is DISMISSED for failure to prosecute. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: July 31, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge