UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANGIA MEDIA, INC., et al.,

        Plaintiff(s),                              No. C 12-1142 PJH

    v.                                        **JUDGMENT**

UNIVERSITY PIPELINE, INC., et al.,

        Defendant(s).

_____/

        The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

        it is Ordered and Adjudged

        that plaintiffs take nothing, and that the action be dismissed.

        IT IS SO ORDERED.

Dated: July 31, 2012

                                                            _____
                                                            PHYLLIS J. HAMILTON
                                                            United States District Judge